# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ERNEST R. GIBSON, JR.,**

    **Plaintiff,**

v.                                                    Case No. 4:20-cv-363-AW-MAF

**HARPER,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Ernest Gibson is a state inmate. He has sued "Harper," a laundry supervisor, in his or her individual capacity. ECF No. 1. The magistrate judge issued a report and recommendation, recommending the court transfer the case to the Middle District. As the magistrate judge notes, the institution where the defendant works and where the alleged incidents occurred is in that district. The plaintiff has had an opportunity to object, but no objection has been filed.

It is now ORDERED:

1. The Report and Recommendation (ECF No. 4) is adopted and incorporated into this order.

2. The clerk will take necessary steps to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division.

3. The clerk will then close the file.

1

SO ORDERED on September 24, 2020.

                                              s/ *Allen Winsor*
                                              United States District Judge